IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Rosteaua Jetricee Martin, | ) | CASE NO. 17-68827-crm |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| ---------------------------------------- | )-------- | ------------------------------------- |
| SBY 2014-1 Borrower, LLC | ) | |
| Silver Bay Property Management, LLC | ) | |
| | ) | CONTESTED MATTER |
| Movant | ) | |
| v. | ) | |
| | ) | |
| Rosteaua Jetricee Martin, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| Nancy J. Whaley, Trustee | ) | |
| | ) | |
| Respondents | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, SBY 2014-1 Borrower, LLC Silver Bay Property Management, LLC (the "Movant"), and moves this Court for relief from the automatic stay pursuant to 11 U.S.C. §362. In support thereof, Movant shows the Court as follows:

1.

Movant is the owner of certain real property located at 5910 Highview Drive SE, Mableton, Georgia 30126 (the "Premises"), which was leased to the Debtor on March 10, 2017, by Movant. A copy of the lease is attached hereto as Exhibit "A" and made a part hereof.

2.

The Debtor filed this Chapter 13 case on or about October 30, 2017. Debtor has defaulted on rental payments which have come due since the bankruptcy filing. Debtor's pre-petition

arrearage is $4,632.00. Debtor's post-petition arrearage is $2,968.00. A copy of the ledger is attached hereto as Exhibit "B" and made a part hereof.

4.

The Debtor has not filed a Statement of Intent or informed Movant of any indication that the Debtor intends to surrender the Premises to Movant. Debtor has not provided any adequate assurance that she will vacate, or that she will compensate Movant for any financial loss resulting from Debtor's continued presence in the Premises. Moreover, there has not been any adequate assurance or notice (formal or informal) that Debtor will vacate at any point in time in the future.

5.

Debtor has caused Movant undue hardship by failing to surrender the Premises to Movant. Movant is unable to pursue dispossessory proceedings in Cobb County and has and will continue to incur costly attorney fees for litigation in that court and the current matter in this Court.

6.

Because Debtor has not demonstrated or made known any intentions to vacate the Premises, nor has Debtor submitted any documentation to the contrary under the provisions of the bankruptcy code, Movant is not adequately protected. For the above and foregoing reasons, Movant asserts cause exists sufficient to waive the requirements of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon this Honorable Court's signature.

7.

Movant respectfully requests that this Court provide an Order stating that the automatic stay is no longer in effect so that Movant can submit such order to the presiding Cobb County Magistrate Judge to ensure that the dispossessory proceedings may be pursued in that county, pursuant to state law.

WHEREFORE, the Movant prays for an Order relieving it from the provisions of the bankruptcy stay and authorizing it (the Movant) to proceed with dispossessory proceedings in Cobb County, all in accordance with and pursuant to appropriate state statutes, for reasonable attorney's fees and further waive the requirements of Bankruptcy Rule 4001(a)(3), allowing an Order to be effective upon this Honorable Court's signature.

Respectfully submitted, this 28th day of December, 2017.

/s/ Russell I. Phillips
Russell I. Phillips
Attorney for Movant
Self & Associates, LLC
Ga. Bar No. 946738

P.O. Box 7990
Atlanta, GA 30357
404-259-5648
Russell.Phillips@selfassociatesllc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Rosteaua Jetricee Martin, | ) | CASE NO. 17-68827-crm |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| SBY 2014-1 Borrower, LLC | ) | |
| Silver Bay Property Management, LLC | ) | |
| | ) | CONTESTED MATTER |
| Movant | ) | |
| v. | ) | |
| | ) | |
| Rosteaua Jetricee Martin, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| Nancy J. Whaley, Trustee | ) | |
| | ) | |
| Respondents | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that SBY 2014-1 Borrower, LLC Silver Bay Property Management, LLC has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order modifying the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion for Relief from Automatic Stay in **Courtroom 1203, Federal Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 at 9:30 a.m. on January 9, 2018.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the

pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that the Clerk receives it at least two business days before the hearing. The address of the Clerk's Office is: **Clerk, United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, Room 1304, 75 Ted Turner Drive SW, Atlanta, Georgia, 30303.** You must also mail a copy of your response to the undersigned at the address stated below.

      If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. If a final decision cannot be rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

                                  Respectfully submitted, this 28th day of December, 2017.

                                    /s/ Russell I. Phillips
                                    Russell I. Phillips
                                    Attorney for Movant
                                    Self & Associates, LLC
                                    Ga. Bar No. 946738

Self & Associates, LLC
P.O. Box 7990
Atlanta, GA 30357
404-401-5648
Russell.Phillips@selfassociatesllc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Rosteaua Jetricee Martin, | ) | CASE NO. 17-68827-crm |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| SBY 2014-1 Borrower, LLC | ) | |
| Silver Bay Property Management, LLC | ) | |
| | ) | CONTESTED MATTER |
| Movant | ) | |
| v. | ) | |
| | ) | |
| Rosteaua Jetricee Martin, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| Nancy J. Whaley, Trustee | ) | |
| | ) | |
| Respondents | ) | |

**CERTIFICATE OF SERVICE**

I, Russell I. Phillips, hereby certify that I am over the age of 18 and that on December 28, 2017, I served a copy of the foregoing Motion for Relief from Automatic Stay and Notice of Hearing by first class U.S. Mail or using CM/ECF System, to the following persons or entities at the addresses stated:

Trustee:
Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Attorney for Debtor:
Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Debtor:
Rosteaua Jetricee Martin
5910 Highview Drive
Mableton, GA 30126

On this 28th day of December, 2017.

/s/ Russell I. Phillips
Russell I. Phillips
Attorney for Movant
Self & Associates, LLC
Ga. Bar No. 946738

Self & Associates, LLC
P.O. Box 7990
Atlanta, GA 30357
404-259-5648
Russell.Phillips@selfassociatesllc.com