IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Rosteaua Jetricee Martin, | ) | CASE NO. 17-68827-crm |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| ------------------------------------------------- | )-------------------------------------------------------- | |
| SBY 2014-1 Borrower, LLC | ) | |
| Silver Bay Property Management, LLC | ) | |
| | ) | CONTESTED MATTER |
| Movant | ) | |
| v. | ) | |
| | ) | |
| Rosteaua Jetricee Martin, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| Nancy J. Whaley, Trustee | ) | |
| | ) | |
| Respondents | ) | |

**NOTICE RESCHEDULING HEARING**

**PLEASE TAKE NOTICE** that SBY 2014-1 Borrower, LLC Silver Bay Property Management, LLC has filed a Motion for Relief from Automatic Stay and related papers with the Court seeking an order modifying the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that the Court scheduled a hearing on the Motion for Relief from Automatic Stay for 9:30 p.m. on January 9, 2018. This hearing on the Motion for Relief from Automatic Stay is rescheduled and will be held in **Courtroom 1203, Federal Building, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 at 9:30 p.m. on January 23, 2018.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court

to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that the Clerk receives it at least two business days before the hearing. The address of the Clerk's Office is: **Clerk, United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division, Room 1304, 75 Ted Turner Drive SW, Atlanta, Georgia, 30303.** You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. If a final decision cannot be rendered by the Court within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Respectfully submitted, this 3rd day of January, 2018.

/s/ Russell I. Phillips
Russell I. Phillips
Attorney for Movant
Self & Associates, LLC
Ga. Bar No. 946738

Self & Associates, LLC
P.O. Box 7990
Atlanta, GA 30357
404-401-5648
Russell.Phillips@selfassociatesllc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: Rosteaua Jetricee Martin, | ) | CASE NO. 17-68827-crm |
|  | ) |  |
|  | ) | CHAPTER 13 |
| Debtor | ) |  |
| SBY 2014-1 Borrower, LLC | ) |  |
| Silver Bay Property Management, LLC | ) |  |
|  | ) | CONTESTED MATTER |
| Movant | ) |  |
| v. | ) |  |
|  | ) |  |
| Rosteaua Jetricee Martin, | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |
| Nancy J. Whaley, Trustee | ) |  |
|  | ) |  |
| Respondents | ) |  |

## CERTIFICATE OF SERVICE

I, Russell I. Phillips, hereby certify that I am over the age of 18 and that on December 28, 2017, I served a copy of the foregoing Amended Notice of Hearing by first class U.S. Mail or using CM/ECF System, to the following persons or entities at the addresses stated:

Trustee:
Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Attorney for Debtor:
Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Debtor:
Rosteaua Jetricee Martin
5910 Highview Drive
Mableton, GA 30126

       On this 3rd day of January, 2018.

                                       /s/ Russell I. Phillips
                                       Russell I. Phillips
                                       Attorney for Movant
                                       Self & Associates, LLC
                                       Ga. Bar No. 946738

Self & Associates, LLC
P.O. Box 7990
Atlanta, GA 30357
404-259-5648
Russell.Phillips@selfassociatesllc.com